# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159063(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KEITH ERIC WOOD,
     Defendant-Appellant.

SC: 159063
COA: 342424
Mecosta CC: 17-024073-AR

_____/

On order of the Chief Justice, the motion of defendant-appellant to file a reply in excess of the page limitation is GRANTED. The 20-page reply submitted on March 14, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2019



Clerk